IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Davis, Rosa | Case Number: 04 B 19282 |
| | Judge: Wedoff, Eugene R |
| Printed: 01/13/09 | Filed: 5/17/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: January 9, 2009
Confirmed: August 19, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 18,067.57 | |
| Secured: | | 0.00 |
| Unsecured: | | 15,379.65 |
| Priority: | | 0.00 |
| Administrative: | | 1,705.20 |
| Trustee Fee: | | 982.72 |
| Other Funds: | | 0.00 |
| Totals: | 18,067.57 | 18,067.57 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,705.20 | 1,705.20 |
| 2. | Capital One | Unsecured | 442.45 | 0.00 |
| 3. | Shoppers Charge Accounts | Unsecured | 259.66 | 259.66 |
| 4. | Resurgent Capital Services | Unsecured | 3,789.54 | 3,789.54 |
| 5. | Resurgent Capital Services | Unsecured | 3,909.09 | 3,909.09 |
| 6. | Specialized Management Consultants | Unsecured | 1,056.86 | 1,056.86 |
| 7. | Retailers National Bank | Unsecured | 4,867.74 | 4,867.74 |
| 8. | Capital One | Unsecured | 546.44 | 546.44 |
| 9. | Capital One | Unsecured | 950.32 | 950.32 |
| 10. | Orchard Bank | Unsecured | | No Claim Filed |
| 11. | Household | Unsecured | | No Claim Filed |
| 12. | Orchard Bank | Unsecured | | No Claim Filed |
| 13. | Retailers National Bank | Unsecured | | No Claim Filed |
| | | | $ 17,527.30 | $ 17,084.85 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 185.24 |
| 4% | 41.51 |
| 3% | 31.87 |
| 5.5% | 172.59 |
| 5% | 51.89 |
| 4.8% | 101.09 |
| 5.4% | 363.54 |
| 6.6% | 34.99 |
| | $ 982.72 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Davis, Rosa | Case Number:  04 B 19282 |
| | Judge:  Wedoff, Eugene R |
| Printed: 01/13/09 | Filed:  5/17/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

